IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**United States District Court**
For the Northern District of California

1

2    GEOFFREY AUSTIN GLENISTER,                    No. C 12-03890 SI

3                Plaintiff,                        **PRETRIAL PREPARATION ORDER**

4        v.

5    OFFICER THOMAS, ET AL,

6                Defendant.
     _____/

7

8        It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

9    FURTHER CASE MANAGEMENT: April 19, 2013  at  3:00 p.m.
     Counsel *must* file a joint case management statement seven days in advance of the conference.

10   DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

11   NON-EXPERT DISCOVERY CUTOFF is April 30, 2013.

12   DESIGNATION OF EXPERTS: 5/15/13 ; REBUTTAL: n/a.
             Parties **SHALL** conform to Rule 26(a)(2).

13

14   EXPERT DISCOVERY CUTOFF is June 17, 2013 .

     DISPOSITIVE MOTIONS **SHALL** be filed by July 12, 2013;

15

16         Opp. Due July 26, 2013 ;  Reply Due August 2, 2013;

17          and set for hearing no later than August 16, 2013 at 9:00 AM.

18   PRETRIAL CONFERENCE DATE: September 24, 2013  at 3:30 PM.

19   JURY TRIAL DATE: October 7, 2013  at 8:30 AM.,
             Courtroom 10, 19th floor.

20   TRIAL LENGTH is estimated to be 3-4  days.

21   SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
     Plaintiff shall produce it's initial disclosures by December 14, 2013.

22   This case shall be referred to a magistrate-judge for settlement purposes.  The settlement conference
     shall occur by the end of March 2013.

23

24   The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case,
     including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to

25   serve a copy of this order on any party subsequently joined in this action.

26   Dated: 12/4/12                             _____
                                                SUSAN ILLSTON
27                                              United States District Judge

28