| | |
|---|---|
| 1 | LOUIS A. LEONE, ESQ. (SBN: 099874) |
| 2 | MICHAEL GROVES, ESQ. (SBN : 085620) |
| | **STUBBS & LEONE** |
| 3 | A Professional Corporation |
| | 2175 N. California Blvd., Suite 900 |
| 4 | Walnut Creek, CA  94596 |
| 5 | Telephone:   (925) 974-8600 |
| | Facsimile:    (925) 974-8601 |
| 6 | E-Mail: leonela@stubbsleone.com |
| 7 | grovesm@stubbsleone.com |
| 8 | JANNIE QUINN, ESQ. (SBN: 137588) |
| | **CITY ATTORNEY** |
| 9 | City of Mountain View |
| 10 | 500 Castro Street |
| | Mountain View, CA  94041 |
| 11 | Ph:  (650) 903-6303 |
| 12 | Fax: (650) 967-4215 |
| | E-Mail:  jannie.quinn@mountainview.gov |
| 13 | |
| | Attorneys for Defendant |
| 14 | OFFICER THOMAS and OFFICER MAGEE |
| 15 | |
| | J. DAVID NICK (SBN 157687) |
| 16 | **LAW OFFICES OF J. DAVID NICK** |
| | 345 Franklin Street |
| 17 | San Francisco, California 94102 |
| | Telephone: 415-552-4444 |
| 18 | Facsimile:  415-358-5897 |
| | E-mail:   jdavidnick@lawyer.com |
| 19 | |
| | RUSSEL L. GOODROW (SBN 24892) |
| 20 | **LAW OFFICES RUSSEL L. GOODROW** |
| | 345 Franklin Street |
| 21 | San Francisco, California 94102 |
| | Telephone: 415-722-7877 |
| 22 | Facsimile:  415-241-7340 |
| | E-mail:   russ@goodrowlaw.com |
| 23 | |
| 24 | Attorneys for Plaintiff |
| | GEOFFREY AUSTIN GLENISTER |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO BRANCH

| | |
|---|---|
| GEOFFREY AUSTIN GLENISTER,<br><br>Plaintiff,<br><br>vs.<br><br>OFFICER THOMAS, OFFICER MAGEE (STAR #8918) and DOES 1-20 in their individual and official capacities,<br>Jointly and Severally,<br><br>Defendants. | Case No.:  CV 12-03890 SI<br><br>**STIPULATION and [PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

The parties to the above-captioned litigation hereby stipulate by and through their undersigned counsel of record as follows:

WHEREAS, Plaintiff, GEOFFERY GLENISTER hereby agrees to stipulate to dismiss this entire action and all claims asserted therein with prejudice against Defendants OFFICER THOMAS and OFFICER MAGEE.

IT IS STIPULATED by and between the parties to the above captioned litigation, by and through their undersigned counsel of record, that this action be dismissed with prejudice, and that each party shall bear their own fees and costs.

IT IS SO STIPULATED.

Dated: May 6, 2013                **STUBBS & LEONE**

By: _____/S/_____
LOUIS A. LEONE, ESQ.
MICHAEL GROVES, ESQ.
Attorneys for Defendants
OFFICER THOMAS and OFFICER MAGEE

\\\

\\\

Dated:  May 6, 2013	**MOUNTAIN VIEW CITY ATTORNEY'S OFFICE**

By: _____/S/_____
JANNIE QUINN, ESQ.
Attorneys for Defendants
OFFICER THOMAS and OFFICER MAGEE

DATED:  May 6, 2013	**LAW OFFICES OF J. DAVID NICK**

By: _____/S/_____
J. DAVID NICK, ESQ.
Attorney for Plaintiff GEOFFREY AUSTIN GLENISTER

DATED:  May 6, 2013	**LAW OFFICES OF RUSSELL L. GOODROW**

By: _____/S/_____
RUSSELL L. GOODROW, ESQ.
Attorney for Plaintiff GEOFFREY AUSTIN GLENISTER

## [PROPOSED] ORDER

Pursuant to the Stipulation of the Parties, the above captioned action is dismissed with prejudice.  Each party shall bear their own attorney's fees and costs.

IT IS SO ORDERED.

Dated:  5/6/13	_____
SUSAN ILLSTON, JUDGE
UNITED STATES DISTRICT COURT