1  LOUIS A. LEONE, ESQ. (SBN: 099874)
2  MICHAEL GROVES, ESQ. (SBN : 085620)
   **STUBBS & LEONE**
3  A Professional Corporation
   2175 N. California Blvd., Suite 900
4  Walnut Creek, CA  94596
5  Telephone:   (925) 974-8600
   Facsimile:    (925) 974-8601
6  E-Mail: leonela@stubbsleone.com
7          grovesm@stubbsleone.com

8  JANNIE QUINN, ESQ. (SBN: 137588)
   **CITY ATTORNEY**
9  City of Mountain View
   500 Castro Street
10 Mountain View, CA  94041
11 Ph:  (650) 903-6303
   Fax: (650) 967-4215
12 E-Mail:  jannie.quinn@mountainview.gov

13
   Attorneys for Defendant
14 OFFICER THOMAS and OFFICER MAGEE

15
   J. DAVID NICK (SBN 157687)
16 **LAW OFFICES OF J. DAVID NICK**
   345 Franklin Street
17 San Francisco, California 94102
   Telephone: 415-552-4444
18 Facsimile:  415-358-5897
   E-mail:   jdavidnick@lawyer.com
19
   RUSSEL L. GOODROW (SBN 24892)
20 **LAW OFFICES RUSSEL L. GOODROW**
   345 Franklin Street
21 San Francisco, California 94102
   Telephone: 415-722-7877
22 Facsimile:  415-241-7340
   E-mail:   russ@goodrowlaw.com
23
   Attorneys for Plaintiff
24 GEOFFREY AUSTIN GLENISTER

25

26

27

28

---

STIPULATION and [PROPOSED] ORDER ENTIRE ACTION WITH PREJUDICE          CV 12-03890 SI

1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO BRANCH

| GEOFFREY AUSTIN GLENISTER, | Case No.:  CV 12-03890 SI |
|---|---|
| Plaintiff, | **STIPULATION and [~~PROPOSED~~]** **ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |
| vs. | |
| OFFICER THOMAS, OFFICER MAGEE (STAR #8918) and DOES 1-20 in their individual and official capacities, Jointly and Severally, | |
| Defendants. | |

The parties to the above-captioned litigation hereby stipulate by and through their undersigned counsel of record as follows:

WHEREAS, Plaintiff, GEOFFERY GLENISTER hereby agrees to stipulate to dismiss this entire action and all claims asserted therein with prejudice against Defendants OFFICER THOMAS and OFFICER MAGEE.

IT IS STIPULATED by and between the parties to the above captioned litigation, by and through their undersigned counsel of record, that this action be dismissed with prejudice, and that each party shall bear their own fees and costs.

IT IS SO STIPULATED.

Dated: May 6, 2013                                    **STUBBS & LEONE**

By: _____/S/_____
LOUIS A. LEONE, ESQ.
MICHAEL GROVES, ESQ.
Attorneys for Defendants
OFFICER THOMAS and OFFICER MAGEE

\\\

\\\

Dated:  May 6, 2013     **MOUNTAIN VIEW CITY ATTORNEY'S OFFICE**

By: _____/S/_____
JANNIE QUINN, ESQ.
Attorneys for Defendants
OFFICER THOMAS and OFFICER MAGEE

DATED:  May 6, 2013     **LAW OFFICES OF J. DAVID NICK**

By: _____/S/_____
J. DAVID NICK, ESQ.
Attorney for Plaintiff GEOFFREY AUSTIN GLENISTER

DATED:  May 6, 2013     **LAW OFFICES OF RUSSELL L. GOODROW**

By: _____/S/_____
RUSSELL L. GOODROW, ESQ.
Attorney for Plaintiff GEOFFREY AUSTIN GLENISTER

## [PROPOSED] ORDER

Pursuant to the Stipulation of the Parties, the above captioned action is dismissed with prejudice.  Each party shall bear their own attorney's fees and costs.

IT IS SO ORDERED.

Dated:  5/6/13         _____[signature: Susan Illston]_____
SUSAN ILLSTON, JUDGE
UNITED STATES DISTRICT COURT